UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:08-CR-75-1FL

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CRUZ EDUARDO VALENCIA-ADATA | MOTION FOR REDUCTION OF<br>SENTENCE UNDER 18 U.S.C. § 3582(c) |

The petitioner, CRUZ EDUARDO VALENCIA-ADATA, by and through undersigned counsel, respectfully moves this Court, pursuant to 18 U.S.C. § 3582(c)(2), U.S.S.G. § 1B1.10(c), and U.S.S.G. Amendment 782, for an order reducing his sentence based on the 2014 retroactive amendments to the drug guidelines. Mr. Valencia respectfully requests that this motion be granted and that the Court impose at the low-end of the revised guideline imprisonment range contained in the resentencing report prepared by the United States Probation Office in this case.

Respectfully submitted this the 19th day of February, 2016.

THOMAS P. McNAMARA
Federal Public Defender

/s/ *G. Alan DuBois*
G. ALAN DuBOIS
First Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
150 Fayetteville Street, Suite 450
Raleigh, North Carolina 27601
Telephone: 919-856-4236
Fax: 919-856-4477
E-mail: Alan_DuBois@fd.org
N.C. State Bar No. 17695
LR 57.1 Counsel Appointed

*CERTIFICATE OF SERVICE*

I HEREBY CERTIFY that a copy of the foregoing was served upon:

LESLIE K. COOLEY
Assistant United States Attorney
Suite 800, Federal Building
310 New Bern Avenue
Raleigh, NC 27601-1461

by electronically filing the foregoing with the Clerk of Court on February 19, 2016, using the CM/ECF system which will send notification of such filing to the above.

This the 19th day of February, 2016.

> ***/s/ G. Alan DuBois***
> G. ALAN DUBOIS
> First Assistant Federal Public Defender
> Attorney for Defendant
> Office of the Federal Public Defender
> 150 Fayetteville Street, Suite 450
> Raleigh, North Carolina 27601
> Telephone: 919-856-4236
> Fax: 919-856-4477
> E-mail: Alan_DuBois@fd.org
> N.C. State Bar No. 17695
> LR 57.1 Counsel Appointed