IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:08-CR-75-FL
No. 5:19-CV-466-FL

| | |
|---|---|
| CRUZ EDUARDO VALENCIA-ADATA, ) ) | |
| Petitioner, ) ) | |
| v. ) ) | MOTION TO DISMISS |
| UNITED STATES OF AMERICA, ) ) | |
| Respondent. ) | |

Respondent, by and through the United States Attorney for the Eastern District of North Carolina, submits this motion to dismiss Petitioner's motion under 28 U.S.C. § 2255, [D.E. 107], for failure to state a claim upon which relief can be granted. Fed. R. Civ. P. 12(b)(6). A memorandum of law is filed in support of this motion.

Respectfully submitted, this 23rd day of December, 2019.

ROBERT J. HIGDON, JR.
United States Attorney

By: /s/ Asia J. Prince
    ASIA J. PRINCE
Attorney for United States of America
Assistant United States Attorney
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Telephone: (919) 856-4530
Facsimile: (919) 856-4821
Email: Asia.Prince@usdoj.gov
N.C. Bar #48019

CERTIFICATE OF SERVICE

I do hereby certify that I have this 23rd day of December, 2019, served a copy of the foregoing, upon the below-listed parties either electronically or by placing a copy in the U. S. Mail, addressed as follows:

Cruz Eduardo Valencia-Adata
Reg No. 51077-056
FCI Estill
P.O. Box 699
Estill, SC 29918

ROBERT J. HIGDON, JR.
United States Attorney

By: /s/ Asia J. Prince
ASIA J. PRINCE
Attorney for United States of America
Assistant United States Attorney
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Telephone: (919) 856-4530
Facsimile: (919) 856-4821
Email: Asia.Prince@usdoj.gov
N.C. Bar #48019