UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:08-CR-75-FL

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| CRUZ EDUARDO VALENCIA-ADATA | |

This matter comes before the Court upon the unopposed motion of the Office of the Federal Public Defender to withhold ruling on Defendant's *pro-se* petition brought pursuant to 18 U.S.C. § 2255. Docket Entry 107. For GOOD CAUSE shown, the Court GRANTS ths motion. The Court will withhold ruling on Defendant's *pro se* motion until counsel for Defendant notifies the Court that counsel will not file a new § 2255 petition based on *United States v. Rehaif*, 139 S. Ct. 2191 (2019).

IT IS SO ORDERED.

This 24th day of April, 2020

_____
LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE