UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:08-CR-75-FL
NO. 5:19-CV-466-FL

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CRUZ EDUARDO VALENCIA-ADATA | ORDER |

This matter comes before the Court upon the unopposed motion of the Office of the Federal Public Defender for a voluntary dismissal of Defendant's *pro-se* petition in the above-captioned cases, brought pursuant to 18 U.S.C. § 2255. Fed. R. Civ. P. 41(a)(2). For GOOD CAUSE shown, the Court GRANTS this motion. This voluntary dismissal is without prejudice to the petition filed June 17, 2020, also brought pursuant to 18 U.S.C. § 2255.

IT IS SO ORDERED.

This 18th day of June, 2020

_____
LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE