IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:08-CR-75-FL
No. 5:19-CV-466-FL

| | |
|---|---|
| CRUZ EDUARDO VALENCIA-ADATA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

For good cause having been shown upon the motion of the Respondent for an extension of time in which to respond to Petitioner's Motion to Vacate under 28 U.S.C. § 2255, it is hereby ORDERED that the Respondent have up to and including August 7, 2020, in which to respond to Petitioner's Motion to Vacate under 28 U.S.C. § 2255.

So ORDERED THIS  9th  day of ___July_____, 2020.

_____
LOUISE W. FLANAGAN
United States District Judge