UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:19-CV-466-FL
NO. 5:08-CR-75-FL

| | |
|---|---|
| CRUZ EDUARDO VALENCIA-ADATA<br><br>v.<br><br>UNITED STATES OF AMERICA | NOTICE OF WITHDRAWAL OF<br>MOTION TO VACATE |

The Federal Public Defender for the Eastern District of North Carolina hereby notifies this Honorable Court that the Petitioner withdraws his previously filed motion to vacate. DE-131.

Respectfully submitted this 15th day of September, 2021.

G. ALAN DuBOIS
Federal Public Defender

/s/ James E. Todd, Jr.
JAMES E. TODD, JR.
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
201 South Evans Street, Suite 153
Greenville, North Carolina 27858
Telephone: 252-830-2620
Fax: 252-830-2232
E-mail: Jay_Todd@fd.org
N.C. State Bar No. 28832
LR 57.1 Counsel
Appointed

1

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served upon:

ASIA J. PRINCE
Assistant United States Attorney
Eastern District of North Carolina
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601

by electronically filing the foregoing with the Clerk of Court on September 15, 2021, using the CM/ECF system which will send notification of such filing to the above.

I further certify that a copy of this notice will be sent to Mr. Valencia-Adata by U.S. Mail, to FCI Oakdale II, P.O. Box 5010, Oakdale, LA 71463.

This the 15th day of September, 2021.

/s/ James E. Todd, Jr.
JAMES E. TODD, JR.
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
201 South Evans Street, Suite 153
Greenville, North Carolina 27858
Telephone: 252-830-2620
Fax: 252-830-2232
E-mail: Jay_Todd@fd.org
N.C. State Bar No. 28832
LR 57.1 Counsel
Appointed